Stephen M. Doniger, Esq. (SBN 179314)
Email: stephen@donigerlawfirm.com
Scott A. Burroughs, Esq. (SBN 235718)
Email: scott@donigerlawfirm.com
**DONIGER LAW FIRM APC**
300 Corporate Pointe, Suite 355
Culver City, California 90230
Telephone: (310) 590-1820
Facsimile: (310) 417-3538
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| BRYAN CALLAN, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTIAN AUDIGIER, INC.; a California Corporation; et al.,<br><br>Defendants. | Case No.:  CV-08-8072 GW (JWJx)<br>*Honorable George Wu Presiding*<br><br>**LANGUAGE SUBMITTED IN CONNECTION WITH COURT'S RULING ON PLAINTIFF'S APPLICATION FOR PRELIMINARY INJUNCTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 65(a)** |

**TO THE COURT, ALL PARTIES, AND ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff, Bryan Callan, hereby submits his proposed language regarding the entry of preliminary injunction. This language is submitted in accord with the Court's Order of January 26, 2009.

Plaintiff proposes that the preliminary injunction to be entered in this action be stated as follows:

///

**[PROPOSED] PRELIMINARY INJUNCTION ORDER:**

The Application of Plaintiff, Bryan Callan, is hereby granted as follows: Defendants, their officers, agents, servants, employees, subsidiaries, distributors, affiliates, licensees, sub-licensees, and attorneys, and those persons in active concert or participation with them who receive notice of the order by personal service or otherwise, are hereby preliminarily enjoined as follows:

I.      From importing, manufacturing, buying, selling, distributing, or advertising any products sold under the labels "Ed Hardy", "Ed Hardy Designs", and/or "Don Ed Hardy" which exploit in any manner works of creative expression authored by Plaintiff, Bryan Callan.

i.      If the product described above is currently in the possession of Defendants, it must be removed from the market and impounded for the duration of this action, or until the Court otherwise rules.

ii.     If the product described above is currently in the possession of third parties, it must be recalled by Defendants and impounded for the duration of this action, or until the Court otherwise rules.

II.     From representing or otherwise passing off any of Plaintiff's works of art as an "Ed Hardy," "Ed Hardy Designs, or "Don Ed Hardy" product.

IT IS FURTHER ORDERED that Defendants will file with this Court, within ten (10) days of the entry of this Order, a written report made under oath detailing the steps they have taken to comply with this Order.


**IT IS SO ORDERED**:

Dated: <u>February 2, 2009</u>                   By: _____

U.S. DISTRICT COURT JUDGE

HONORABLE GEORGE WU

2 – Proposed Language – Preliminary Injunction